| | |
|---|---|
| PATRICIA DOYLE-KOSSICK, P.L.C.<br>4500 South Lakeshore Drive, Suite 320<br>Tempe, Arizona 85282-7190<br>Telephone: (480) 222-0291<br>Fax: (480) 222-0271<br>email: pdk@pdklawfirm.com<br>Patricia Doyle-Kossick, 010217<br>Attorneys for Movant | |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**JASON MARCEL HJERPE AND ASHLEY WHITNEY MOSONO**,<br><br>Debtors. | Proceedings in Chapter 7<br><br>No. **2:18-bk-03530-PS** |
| **CARVANA, LLC**,<br><br>Movant,<br><br>vs.<br><br>**JASON MARCEL HJERPE AND ASHLEY WHITNEY MOSONO**, Debtors, and **MAUREEN GAUGHAN**, as Trustee,<br><br>Respondents. | NOTICE OF FILING OF MOTION FOR TERMINATION OF THE AUTOMATIC STAY OF 11 U.S.C. § 362(a) AND REQUIREMENT TO FILE RESPONSE<br><br><br>Property: 2015 Ford Fiesta |

NOTICE IS HEREBY GIVEN that Movant has filed a Motion requesting termination of the automatic stay against lien enforcement with respect to its rights in the following described property:

2015 Ford Fiesta, VIN 3FADP4BJ5FM199147.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to local Bankruptcy Rule 4001, if no objection is filed with the Court and a copy served upon Movant's attorney whose address is:

Patricia Doyle-Kossick
Patricia Doyle-Kossick, PLC
4500 South Lakeshore Drive, Suite 320
Tempe, AZ 85282-7190

WITHIN 14 DAYS of service of this Motion and Notice, the Motion for relief from the automatic stay may be granted without further hearing.

RESPECTFULLY SUBMITTED this 14th day of November, 2019.

PATRICIA DOYLE-KOSSICK, P.L.C.

/s/ *Patricia Doyle-Kossick* SBN 010217
PATRICIA DOYLE-KOSSICK
Attorney for Movant

Copy of the foregoing mailed
this 14th day of November, 2019 to:

Jason Marcel Hjerpe
185 W. Shannon St.
Gilbert, AZ 85233

Ashley Whitney Mosono
185 W. Shannon St.
Gilbert, AZ 85233

Sandra C. Oswalt
Oswalt Law Group, P.C.
300 West Clarendon Ave., Ste. 290
Phoenix, AZ 85013

Eric R. Thieroff
Oswalt Law Group, P.C.
3933 S. McClintock Drive, Suite 500
Tempe, AZ 85282

Maureen Gaughan
PO Box 6729
Chandler, AZ 85246-6729

*/s/ Patricia Doyle-Kossick*